IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CASE NO. 3:11-229-JFA |
|---|---|---|
| v. | ) ) ) | ORDER OF DISMISSAL |
| BENNIE L. COOK | ) ) | |

The above named defendant pled guilty to an Information in violation of 18 U.S.C. § 371 and later was sentenced to a term of Forty-one (41) months to the Bureau of Prisons in a related criminal case (CR 3:11-228-JFA). The government moved orally to dismiss the Indictment immediately following sentencing and the court having granted this motion, it is hereby ordered that the Indictment in criminal case 3:11-229 against Bennie L. Cook be dismissed.

    IT IS SO ORDERED.

March 7, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge